# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1023**  September Term, 2024

DOI-12/14/23 Order

**Filed On: September 6, 2024** [2073502]

American Petroleum Institute,

    Petitioner

    v.

United States Department of the Interior
and Bureau of Ocean Energy Management,

    Respondents

------------------------------

Alaska Community Action on Toxics, et al.,
    Intervenors

------------------------------

Consolidated with 24-1024

## O R D E R

Upon consideration of respondents' unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Respondents' Brief | October 10, 2024 |
| Industry Intervenor's Brief | October 31, 2024 |
| Conservation Group Intervenors' Brief | October 31, 2024 |
| Industry Petitioner's Reply Brief | December 9, 2024 |
| Environmental Petitioners' Reply Brief | December 9, 2024 |
| Deferred Appendix | December 30, 2024 |
| Final Briefs | January 13, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk