# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1023                                                              September Term, 2024

DOI-12/14/23 Order

Filed On: February 13, 2025 [2100541]

American Petroleum Institute,

        Petitioner

    v.

United States Department of the Interior
and Bureau of Ocean Energy Management,

        Respondents

------------------------------

Alaska Community Action on Toxics, et al.,
                Intervenors

------------------------------

Consolidated with 24-1024

# O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for February 27, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner American Petroleum Institute | - | 15 Minutes |
| Petitioners Healthy Gulf, et al. | - | 15 Minutes |
| Respondents | - | 30 Minutes |

The panel considering these cases will consist of Circuit Judges Millett and Wilkins, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 18, 2025.

### Per Curiam

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

                BY:     /s/
                               Michael C. McGrail
                               Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)