# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1023**                        **September Term, 2024**

DOI-12/14/23 Order

Filed On: February 14, 2025 [2100919]

American Petroleum Institute,

        Petitioner

        v.

United States Department of the Interior
and Bureau of Ocean Energy Management,

        Respondents

------------------------------

Alaska Community Action on Toxics, et al.,
        Intervenors

------------------------------

Consolidated with 24-1024

        **BEFORE:**     Millett and Wilkins, Circuit Judges; Randolph*, Senior Circuit Judge

## O R D E R

        Upon consideration of the motion of amici curiae Members of Congress for leave to file their final brief out of time, and the lodged brief amici curiae; the unopposed motion of amici curiae Members of Congress for leave to supplement the joint deferred appendix, and the lodged supplement; and respondents' unopposed motion to continue oral argument, it is

        **ORDERED** that the motions of amici curiae to file the final brief out of time and to supplement the appendix be granted.  The Clerk is directed to file the lodged documents.  It is

        **FURTHER ORDERED** that the motion to continue oral argument be granted and these cases are removed from the February 27, 2025 oral argument calendar.

        The parties will be informed later of the date of any oral argument.

**Per Curiam**

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1023**                                                                         **September Term, 2024**

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                   BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk

\* Senior Circuit Judge Randolph would deny the motions to file the brief amici curiae out of time and to supplement the joint deferred appendix.