# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 24-1023                           September Term, 2024

DOI-12/14/23 Order

Filed On: March 21, 2025 [2107152]

American Petroleum Institute,

        Petitioner

        v.

United States Department of the Interior
and Bureau of Ocean Energy Management,

        Respondents

------------------------------

Alaska Community Action on Toxics, et al.,
               Intervenors

------------------------------

Consolidated with 24-1024

## O R D E R

       It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on May 6, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

       The time and date of oral argument will not change absent further order of the Court.

       A separate order will be issued regarding the allocation of time for argument.

                                                         **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                                      BY:     /s/
                                                         Michael C. McGrail
                                                         Deputy Clerk

The following forms and notices are available on the Court's website:

     Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)