

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Appellate Section*  *Telephone (202) 514-2748*
*P.O. Box 7415*  *Facsimile (202) 353-1873*
*Ben Franklin Station*
*Washington, DC  20044*

## <u>Via CM/ECF</u>

April 29, 2025

Mr. Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave, NW
Washington, DC 20001

         Re:   *Healthy Gulf v. Department of the Interior*,
              No. 24-1024
              Oral argument scheduled for May 6, 2025

Dear Mr. Cislak:

      Petitioners in this case argue that Executive Order 12,898, *Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations*, 59 Fed. Reg. 7629 (Feb. 11, 1994), required the Federal Respondents "to analyze environmental justice" in the preparation of the 2024–2029 National Outer Continental Shelf Oil and Gas Leasing Program. Final Environmental Petitioners' Opening Br. 22. In our answering brief, Federal Respondents observed that Executive Order 12,898 was "intended only to improve the internal management of the executive branch" and that it did not create "any right to judicial review." Answering Br. 70–71.

      We wish to inform the Court that, on January 20, 2025, President Trump issued an Executive Order rescinding Executive Order 12,898. See White House, Presidential Actions, Ending Illegal Discrimination and Restoring Merit-Based Opportunity, Executive Order, Section 3(a)(i), available at https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/. President Trump similarly rescinded Executive Order 14,096, *Revitalizing Our Nation's Commitment to*

*Environmental Justice for All,* that was issued by then-President Biden in 2023. See White House, Presidential Actions, Unleashing American Energy, Executive Order, Section 4(a)(xii), available at https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/. Accordingly, Executive Order 12,898 is no longer relevant to Interior's preparation of an outer continental shelf oil and gas leasing program.

                                          Sincerely,

                                          */s Christopher Anderson*
                                          Christopher Anderson
                                          Attorney for the Federal Respondents

cc: All counsel (via CM/ECF)