# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1023** | **September Term, 2024** |
| | DOI-12/14/23 Order |
| | Filed On: April 30, 2025 [2113600] |

American Petroleum Institute,

      Petitioner

    v.

United States Department of the Interior
and Bureau of Ocean Energy Management,

      Respondents

------------------------------

Alaska Community Action on Toxics, et al.,
               Intervenors

------------------------------

Consolidated with 24-1024

## O R D E R

    Upon consideration of the motion of American Petroleum Institute for voluntary dismissal of their petition for review, it is

    **ORDERED** that the motion be granted and the petition in No. 24-1023 be dismissed.

    The Clerk is directed to issue the mandate forthwith to the agency in No. 24-1023.

    It is **FURTHER ORDERED**, on the court's own motion, that the following revised allocation of oral argument time will now apply in case No. 24-1024:

| | | |
|---|---|---|
| Petitioners Healthy Gulf | - | 15 Minutes |
| Respondents | - | 15 Minutes (to be divided with intervenor as the parties deem appropriate) |

### Per Curiam

                                              FOR THE COURT:
                                              Clifton B. Cislak, Clerk

                            BY:    /s/
                                        Michael C. McGrail
                                        Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)